**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ROBERT MOYE and JOHN PRICE,

    Plaintiffs,

v.                                      Case No: 8:13-cv-1689-T-30TGW

SSI MECHANICAL, LLC and
KEVIN DAMIC,

    Defendants.

## ORDER OF DISMISSAL

Before the Court is the Plaintiffs' Notice of Voluntary Dismissal of Claims Without Prejudice (Dkt. #5). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed without prejudice.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 29th day of October, 2013.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2013\13-cv-1689 dismiss 5.docx